## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Rebecca Gingrich and Brandon Gingrich | BKY. NO. 15-00866 MDF
         Debtor(s)                          |
                                            | CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5175

                                                 Respectfully submitted,

                                               **/s/ Thomas Puleo**
                                               Thomas Puleo, Esquire
                                               James C. Warmbrodt, Esquire
                                               KML Law Group, P.C.
                                               701 Market Street, Suite 5000
                                               Philadelphia, PA 19106-1532
                                               (215) 825-6306  FAX (215) 825-6406
                                               Attorney for Movant/Applicant