IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
BRANDON GINGRICH : CASE NO. 1-15-00866-HWV
REBECCA GINGRICH :
aka BECKY GINGRICH :
       Debtors : CHAPTER 13

## DEBTOR'S CONSENT TO APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

    I, Brandon Gingrich, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached First Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

_____
Brandon Gingrich

    I, Rebecca Gingrich, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached First Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

_____
Rebecca Gingrich

DATE: 10/19/18